IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01085-WYD-BNB

TRES BURROS CONSTRUCTION, L.L.C., a Colorado limited liability company d/b/a North Forty Properties,

    Plaintiff(s),

v.

ASSURANCE COMPANY OF AMERICA, a New York corporation,

    Defendant(s).

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Brief in Excess of Fifteen Page Limit, filed September 22, 2005, is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

Dated:  September 22, 2005

                                      s/ Michelle M. Merz
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge