IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01085-WYD-BNB

TRES BURROS CONSTRUCTION, L.L.C., a Colorado limited liability company d/b/a North Forty Properties,

    Plaintiff(s),

v.

ASSURANCE COMPANY OF AMERICA, a New York corporation,

    Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Permission to File Over Length Responsive Brief, filed October 27, 2005, is **GRANTED**.  Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment, originally filed October 26, 2005, may be re-filed.  The exhibits attached thereto need not be resubmitted.

    Dated:  October 27, 2005

                                            s/ Michelle M. Merz
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U. S. District Judge