IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01085-WYD-BNB

TRES BURROS CONSTRUCTION, LLC d/b/a NORTH FORTY PROPERTIES, a Colorado limited liability company,

Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA, a New York corporation,

Defendant.
_____

**ORDER**
_____

In its confidential settlement statement, the defendant requests that the settlement conference set for November 22, 2005, be vacated. Among other reasons, the defendant points to pending cross-motions for summary judgment; its assessment that a settlement conference at this time would be a waste of the court's and the parties' resources; and the fact that the settlement conference is set for the week of Thanksgiving, which poses a special burden on the defendant whose representative must travel from New York. I agree.

IT IS ORDERED that the settlement conference set for November 22, 2005, at 1:30 p.m., is VACATED and RESET to **February 27, 2006, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not satisfied by the presence of counsel alone. If an insurance company is involved, an adjustor with full authority to settle the case also must be

present at the conference in person.)  Each party shall submit an updated confidential settlement statement to my chambers only on or before **February 20, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated November 14, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge