IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01085-WYD-BNB

TRES BURROS CONSTRUCTION, LLC d/b/a NORTH FORTY PROPERTIES, a Colorado limited liability company,

Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA, a New York corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Reconsider Joint Motion to Extend Case Deadlines** [Doc. # 50, filed 5/12/06] (the "Motion"). The Motion is GRANTED as specified.

The Motion is inconsistent in the relief it seeks. At one place, the parties ask that the discovery deadline be extended by 30 days, "making the new deadline July 3, 2006." Motion at p.1. Later, the parties request "an extension of time to complete the remaining discovery until after the Court rules on the pending summary judgment motions and until such time as Mr. Berg has completed his chemotherapy," both events being of an uncertain date. Id. at p.2. Still later, the parties blend the two forms of relief and "jointly request a thirty (30) day extension of the discovery cut-off deadline until such time as Mr. Berg has completed his chemotherapy." Id.

I find that good cause exists for a 30 day extension of the discovery cut-off, to and including July 3, 2006. Accordingly:

IT IS ORDERED that the discovery cut-off is extended to and including **July 3, 2006**.

All discovery must be completed by the discovery cut-off. Responses to written discovery must be due and depositions must be completed on or before the discovery cut-off.

Dated May 16, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge