# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1085-WYD-BNB

TRES BURROS CONSTRUCTION, LLC dba North Forty Properties, a Colorado limited liability company,

    Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA, a New York corporation,

    Defendant.

---

### ORDER COMPELLING DISCOVERY RESPONSES UNDER PROTECTIVE ORDER

---

THIS MATTER comes before the Court on Assurance Company of America's ("Assurance") *Unopposed Motion to Compel Discovery Responses Under Protective Order*. The Court, being fully advised, ORDERS as follows:

1.    Tres Burros Construction, LLC ("Tres Burros") shall fully respond to *Assurance Company of America's First Set of Interrogatories and Requests for Production to Tres Burros Construction, LLC* ("Assurance's Discovery") 21 days after the entry of this Order.

2.    With respect to any information to be produced in response to Assurance's Discovery for which confidentiality has not been waived or otherwise agreed to:

    a.    Tres Burros shall conspicuously stamp each agreement that is to remain confidential with the term "CONFIDENTIAL," or, in the event that the information is not written, shall advise Assurance that the information is to remain confidential. Assurance shall hold the same in confidence, shall not use the confidential information other than

for the purposes of this lawsuit, and shall disclose confidential information only to its officers, directors, employees, attorneys or litigation experts who have a specific need to know about the confidential information. However, nothing herein shall prohibit Assurance from disclosing confidential information in a pleading or asking witnesses about confidential information during trial.

      b.     Within 7 days of the date of this Order, Tres Burros shall provide notice to all other party(ies) to any confidential settlement agreement that it has been ordered to produce the confidential information and shall provide such party(ies) with a copy of this Order. If any party believes that the confidential information should not be produced at all, or believes that additional protections are necessary, such party shall have 14 days from receiving a copy of this Order to file an appropriate motion with this Court.

DATED: June 30, 2006.

_____
**BOYD N. BOLAND**
**United States Magistrate Judge**

2