IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01085-WYD-BNB

TRES BURROS CONSTRUCTION, L.L.C., a Colorado limited liability company d/b/a North Forty Properties,

    Plaintiff(s),

v.

ASSURANCE COMPANY OF AMERICA, a New York corporation,

    Defendant(s).

---

**ORDER**

---

    THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment, filed October 7, 2005 (docket #21) and Defendant Assurance Company of America's Cross- Motion for Summary Judgment, filed October 26, 2005 (docket #25).  In response to both motions, responses and replies were filed along with pertinent documentation, in the form of exhibits, related to the subject matter of the dispute.

    Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the court may grant summary judgment where "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and the ... moving party is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(c); *see Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 (1986); *Equal Employment Opportunity Comm. v. Horizon/CMS Healthcare Corp.*, 220 F.3d 1184, 1190 (10th Cir. 2000).  "When applying this standard, the court must 'view

the evidence and draw all reasonable inferences therefrom in the light most favorable to the party opposing summary judgment.'" *Atlantic Richfield Co. v. Farm Credit Bank of Wichita*, 226 F.3d 1138, 1148 (10th Cir. 2000) (quotation omitted).  All doubts must be resolved in favor of the existence of triable issues of fact.  *Boren v. Southwestern Bell Tel. Co.*, 933 F.2d 891, 892 (10th Cir. 1991).

After careful consideration of the pending motions and the related information, I find that there are genuine issues of material fact that preclude the entry of summary judgment in favor of either party.  Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment, filed October 7, 2005 (docket #21) and Defendant Assurance Company of America's Cross- Motion for Summary Judgment, filed October 26, 2005 (docket #25) are **DENIED**.  It is

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment filed September 22, 2005 (docket #15) is **DENIED AS MOOT**.

Dated:  September 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge