IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01085-WYD-BNB

TRES BURROS CONSTRUCTION, L.L.C., a Colorado limited liability company d/b/a North Forty Properties,

    Plaintiff(s),

v.

ASSURANCE COMPANY OF AMERICA, a New York corporation,

    Defendant(s).

---

**ORDER**

---

    THIS MATTER is before the Court on the parties' Stipulation for Dismissal of All Claims With Prejudice, filed September 19, 2006 (docket #61).  Upon review of the Stipulation and the file in this matter, the Court finds that the Stipulation should be **GRANTED**.  Therefore, it is hereby

    ORDERED that Plaintiff's claims and causes of action in this matter are **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs and fees.

    Dated:  September 20, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge